

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/13/2023 01:30 PM

COURTROOM 4D, 4th Floor

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:23-bk-00994-JAF | 13 | 05/03/2023 |

Chapter 13

**DEBTOR:** Victoria Smith

**DEBTOR ATTY:** Gerald Stewart

**TRUSTEE:** Douglas Neway

**HEARING:**

Preliminary Hearing on Motion to Vacate Filed by Gerald B Stewart on behalf of Debtor Victoria J Smith Doc 46

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Motion to Vacate Filed by Gerald B Stewart on behalf of Debtor Victoria J Smith Doc 46

GRANTED CONFIRMATION HEARING RESCHEDULED TO MARCH 5 @ 1:30 ORDER TRUSTEE
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.