ORDERED.

Dated: December 14, 2023

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  
VICTORIA JEAN SMITH

Case No: 3:23-bk-00994-JAF  
Chapter 13

Debtor.
_____/

### ORDER GRANTING MOTION TO SET ASIDE ORDER DISMISSING CASE DATED OCTOBER 19, 2023; REQUIRING PAYMENTS BE MADE; AND SETTING CONFIRMATION HEARING (DE 46)

THIS CASE came to be heard upon the Debtor's Motion to Set Aside Order Dismissing Case. Upon hearing held on December 13, 2023,

**IT IS ORDERED** that:

1. The Motion is granted.

2. The Order Dismissing the Case entered on October 19, 2023 is vacated and set aside.

3. Beginning January 2, 2024 and the 2nd of each month thereafter, the Debtor shall pay $2,273.00, or those amounts required of any amended plan, to the Trustee.

4. The Debtor shall have 60 days to bring the payments current. Debtor will continue to make regular plan payments as required. If the Debtor defaults on any further payments or fails to bring the account completely current as required, the Court may dismiss the case on affidavit of Trustee without further notice or hearing.

5. A Chapter 13 confirmation hearing in this case will be held before the Honorable Jerry A. Funk on 3/5/2024 at 1:30 PM in Courtroom 4D at 300 North Hogan Street, 4th Floor, Jacksonville, FL 32202.

a. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at (Procedures Governing Court Appearances - Jacksonville). Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

b. The Court may continue this matter upon announcement made in open court without further notice.

c. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

NOTE: All parties should proceed to the CourtCall website and select "Sign Up" if you do not already have a CourtCall account. For unrepresented parties only, before submitting the completed form, you must select "I am not an attorney" and "Certified Indigent". Once the information is submitted you will receive an email with further instructions.

6. Failure to comply with any of the foregoing provisions as required by this Order will result in a dismissal of the case without further notice or hearing, upon the filing of an affidavit of default by the Trustee.

7. The Automatic Stay imposed by 11 U.S.C. Section 362 and the Stay action against the codebtor are reimposed.

Copies furnished to:
All Interested Parties

Trustee, Douglas W. Neway is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.